1  J. SCOTT GERIEN, State Bar No. 184728
   MEGAN FERRIGAN HEALY, State Bar No. 229177
2  DICKENSON, PEATMAN & FOGARTY
   809 Coombs Street
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile: (707) 255-6876

5  Attorneys for Plaintiff
   MIGUEL TORRES, S.A.

6

7

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  Miguel Torres, S.A.,                CASE NO.  C08-01288 BZ

12             Plaintiff,
                                        **DECLINATION TO PROCEED BEFORE
13  vs.                                 A MAGISTRATE JUDGE
                                        AND**
14  Torres de Anguix. S.L.,             **REQUEST FOR REASSIGNMENT TO A
                                        UNITED STATES DISTRICT JUDGE**
15             Defendant.

16

17         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18         The undersigned party hereby declines to consent to the assignment of this case to a

19  United State Magistrate Judge for trial and disposition and hereby requests the reassignment of

20  this case to a United States District Judge.

21  Dated:  3/12/08                     Respectfully submitted,

22                                      DICKENSON, PEATMAN & FOGARTY

23
                                        By
24                                          J. Scott Gerien
                                            Megan Ferrigan Healy
25
                                        Attorneys for Plaintiff,
26                                      MIGUEL TORRES, S.A.