**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                                  415.522.2000

**March 14, 2008**

**CASE NUMBER:  CV 08-01288 BZ**
**CASE TITLE:  MIGUEL TORRES, S.A.-v-TORRES DE ANGUIX, S.L.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/14/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                         Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                     Special Projects
Log Book Noted                                            Entered in Computer 3/14/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                   Transferor CSA