1 STEPHEN N. ROBERTS (SBN 062538)
Sroberts@nossaman.com
2 KATRINA J. LEE (SBN 191142)
Klee@nossaman.com
3 Nossaman, Guthner, Knox & Elliott, LLP
50 California Street, Thirty-Fourth Floor
4 San Francisco, California 94111-4707
Telephone:  (415) 398-3600
5 Facsimile:  (415) 398-2438

6 Attorneys for Defendant
Torres de Anguix, S.L.
7
J. SCOTT GERIEN, (SBN 184728)
8 Sgerien@dpf-law.com
MEGAN FERRIGAN HEALY (SBN 229177)
9 Mhealy@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
10 809 Combs Street
Napa, CA  94559
11 Telephone:  (707) 252-7122
Facsimile:  (707) 255-6876
12
Attorneys for Plaintiff
13 Miguel Torres, S.A.

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17 MIGUEL TORRES, S.A.,                    Case No:  C08-01288 WHA

18              Plaintiff,
                                          **STIPULATION AND [PROPOSED] ORDER
19       vs.                              RESCHEDULING CASE MANAGEMENT
                                          CONFERENCE AND EXTENDING
20 TORRES DE ANGUIX, S.L.                 DEADLINES**

21           Defendant.                   Date Action Filed: March 5, 2008

22

23

24

25

26

27

28

1         Plaintiff Miguel Torres, S.A., and Defendant Torres de Anguix, S.L., by and through their

2    respective counsel, hereby request that the Court enter an Order approving of the Stipulation set forth

3    herein.

4    STIPULATION

5         Plaintiff Miguel Torres, S.A., and Defendant Torres de Anguix, S.L., by and through their

6    respective counsel, hereby stipulate and agree to the following:

7        1.    Defendant Torres de Anguix, S.L. ("Defendant") has an extension up to and including

8    June 9, 2008 to file and serve its Answer to the Complaint.

9        2.    Certain deadlines set in the Court's March 5, 2008 Order Setting Initial Case

10   Management Conference And ADR Deadlines shall be extended as follows:

11           a.    The last day for the parties to meet and confer re: initial disclosures, early

12   settlement, ADR process selection, and discovery plan shall be extended from May 27, 2008 to June 30,

13   2008.

14           b.    The last day for the parties to file a Joint ADR Certification with Stipulation to

15   ADR Process or Notice of Need for ADR Phone Conference shall be extended from May 27, 2008 to

16   June 30, 2008.

17           c.    The last day for the parties to file Rule 26(f) Report, complete initial disclosures,

18   or state objection in Rule 26(f) Report shall be extended from June 9, 2008 to July 14, 2008.

19       3.    The date of the Initial Case Management Conference, originally set as June 12, 2008 in

20   the March 17, 2008 Clerk's Notice Scheduling Initial Case Management Conference On Reassignment

21   ("Clerk's Notice"), shall be rescheduled to July 28, 2008, at 11 a.m., or to such date and time

22   thereafter that is available on the Court's calendar. The Joint Case Management Conference Statement

23   shall be filed no later than July 21, 2008.

24

25   \\

26   \\

27   \\

28   \\

STIP.DOC                    - 1 -                    Case No. C08-01288 WHA
Stipulation And [Proposed] Order Rescheduling Case Management Conference And Extending Deadlines

1    Dated:   May 27, 2008           STEPHEN N. ROBERTS
                                     NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
2

3                                    By: _____/S/_____
                                             STEPHEN N. ROBERTS
4
                                     Attorneys for Defendant
5                                    Torres de Anguiz, S.L.

6

7    Dated:   May 27, 2008           J. SCOTT GERIEN
                                     DICKENSON, PEATMAN & FOGARTY
8

9                                    By: _____
                                             J. SCOTT GERIEN
10

11                                   Attorneys for Plaintiff
                                     Miguel Torres, S.L.
12

13

14              IT IS SO ORDERED.

15

16   Dated: _____, 2008

17                                   By: _____
                                             HON. WILLIAM ALSUP
18                                           DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28