STEPHEN N. ROBERTS (SBN 062538)
Sroberts@nossaman.com
KATRINA J. LEE (SBN 191142)
Klee@nossaman.com
Nossaman, Guthner, Knox & Elliott, LLP
50 California Street, Thirty-Fourth Floor
San Francisco, California 94111-4707
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Attorneys for Defendant
Torres de Anguix, S.L.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL TORRES, S.A.,<br><br>    Plaintiff,<br><br>vs.<br><br>TORRES DE ANGUIX, S.L.,<br><br>    Defendant. | Case No: C08-01288 WHA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURES PURSUANT TO RULE 7.1 OF THE RULES OF COURT AND 13-6 OF THE LOCAL RULES**<br><br>Date Action Filed: March 5, 2008 |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Angel Rubio Sebastian (of Anguix, Spain) is an owner of Defendant Torres de Anguix, S.L. ("Defendant"). Mr. Sebastian has a financial interest in the subject matter in controversy and in Defendant.

2. Jose Ignacio Rubio Garcia (of Anguix, Spain) is an owner of Defendant. Mr. Garcia has a financial interest in the subject matter in controversy and in Defendant.

There is no parent corporation or any publicly held corporation that owns 10% or more of any stock in Defendant.

Dated: May 27, 2008

STEPHEN N. ROBERTS
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By: _____/S/_____
STEPHEN N. ROBERTS

Attorneys for Defendant
Torres de Anguix, S.L.