**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL TORRES, S.A., | No. C 08-01288 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED INITIAL DEADLINES** |
| TORRES DE ANGUIX, S.L., | |
| Defendant. | |

The Court **DENIES** the parties' stipulation to continue the case management conference and related initial deadlines.

**IT IS SO ORDERED.**

Dated: May 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE