KATRINA J. LEE (SBN 191142)
klee@nossaman.com
STEPHEN N. ROBERTS (SBN 62538)
sroberts@nossaman.com
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
50 California Street, Thirty-Fourth Floor
San Francisco, California 94111-4707
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Attorneys for Defendant
TORRES DE ANGUIZ, S.L.

J. SCOTT GERIEN (SBN 184728)
sgerien@dpf-law.com
MEGAN FERRIGAN HEALY (SBN 229177)
mhealy@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, CA 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
MIGUEL TORRES, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL TORRES, S.A.,<br><br>          Plaintiff,<br><br>     vs.<br><br>TORRES DE ANGUIZ, S.L.,<br><br>          Defendant. | Case No: C08-01288 WHA<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>WILLIAM ALSUP<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINES**<br><br>**Accompanying Documents:**<br>**1. Declaration of Katrina J. Lee in Support Thereof.**<br><br>Date Action Filed: March 5, 2008<br>Trial Date: None Set |

226352_1.DOC                                                                                       Case No. C08-01288 WHA

AMENDED STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
AND EXTENDING DEADLINES

Plaintiff Miguel Torres, S.A., and Defendant Torres de Anguix, S.L., by and through their respective counsel, hereby request that the Court enter an Order approving of the Stipulation set forth herein. Accompanying this Amended Stipulation and [Proposed] Order is the Declaration of Katrina J. Lee in support thereof. The Declaration sets forth reasons why this request should be granted, including, among other things, that Defendant's business is based in Spain, Defendant required assistance with translation of documents related to this case, and Defendant only within the past week retained counsel in the United States.

## STIPULATION

Plaintiff Miguel Torres, S.A., and Defendant Torres de Anguix, S.L., by and through their respective counsel, hereby stipulate and agree to the following:

1. Defendant Torres de Anguix, S.L. ("Defendant"), has an extension up to and including June 9, 2008 to file and serve its Answer to the Complaint.

2. Certain deadlines set in the Court's March 5, 2008 order Setting Initial Case Management Conference and ADR Deadlines shall be extended as follows:

   a. The last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan shall be extended from May 27, 2008 to June 30, 2008.

   b. The last day for the parties to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference would be extended from May 27, 2008 to June 30, 2008.

   c. The last day for the parties to file a Rule 26(f) Report, complete initial disclosures, or state objection in the Rule 26(f) Report would be extended from June 9, 2008 to July 14, 2008.

   d. The date of the Initial Case Management Conference, originally set as June 12, 2008 in the March 17, 2008 Clerk's Notice Scheduling Initial Case Management Conference On Reassignment ("Clerk's Notice"), shall be rescheduled to July 24, 2008, at 11:00 a.m., or to such date

///
///

1  and time thereafter that is available on the Court's calendar. The Joint Case Management Conference
2  Statement shall be filed no later than July 17, 2008.

3
4  Dated: May 29, 2008        KATRINA J. LEE
                              NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
5
6
7                             By: _____
                                  KATRINA J. LEE
8
                              Attorneys for Defendant
9                             TORRES DE ANGUIZ, S.L.

10
11 DATED: May 29, 2008         MEGAN FERRIGAN HEALY
                               DICKENSON, PEATMAN & FOGARTY
12
13
14                             By: _____
                                   MEGAN FERRIGAN HEALY
15
                               Attorneys for Plaintiff
16                             MIGUEL TORRES, S.A.

17
                                      * * * * *
18
19    IT IS SO ORDERED.

20 Dated: MAY _____, 2008        _____
21                                      Hon. WILLIAM ALSUP
                                        DISTRICT COURT JUDGE
22
23
24
25
26
27
28

1  and time thereafter that is available on the Court's calendar. The Joint Case Management Conference
2  Statement shall be filed no later than July 17, 2008.

4  Dated:   May 29, 2008            KATRINA J. LEE
5                                   NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

7                                   By:  /s/ KATRINA J. LEE
                                         KATRINA J. LEE
8
                                    Attorneys for Defendant
9                                   TORRES DE ANGUIZ, S.L.

11 DATED:  May 29, 2008             MEGAN FERRIGAN HEALY
                                    DICKENSON, PEATMAN & FOGARTY
12

14                                  By:  _____
                                         MEGAN FERRIGAN HEALY
15
                                    Attorneys for Plaintiff
16                                  MIGUEL TORRES, S.A.

17                                          * * * * *

18
   IT IS SO ORDERED.
19

20
   Dated: MAY _____, 2008           _____
21                                       Hon. WILLIAM ALSUP
                                         DISTRICT COURT JUDGE
22

---

226352_1.DOC                        - 2 -                       Case No. C08-01288 WHA
AMENDED STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
AND EXTENDING DEADLINES