IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL TORRES, S.A., | No. C 08-01288 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED INITIAL DEADLINES** |
| TORRES DE ANGUIX, S.L., | |
| Defendant. | |

    The Court hereby **CONTINUES** the case management conference to **JULY 3, 2008, AT 11:00 A.M.** All related initial disclosure deadlines are **EXTENDED** accordingly. Please file a joint case management statement by June 26, 2008.

    **THERE WILL BE NO FURTHER CONTINUANCES.**

    **IT IS SO ORDERED.**

Dated: May 30, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE