KATRINA J. LEE (SBN 191142)
klee@nossaman.com
STEPHEN N. ROBERTS (SBN 62538)
sroberts@nossaman.com
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
50 California Street, Thirty-Fourth Floor
San Francisco, California 94111-4707
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Attorneys for Defendant
TORRES DE ANGUIX, S.L.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL TORRES, S.A.,<br><br>          Plaintiff,<br><br>     vs.<br><br>TORRES DE ANGUIX, S.L.,<br><br>          Defendant. | Case No: C08-01288 WHA<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>JUDGE WILLIAM ALSUP<br><br>**ADR CERTIFICATION BY DEFENDANT AND COUNSEL**<br><br>Date Action Filed: March 5, 2008<br>Trial Date: None Set |

226488_1

Case No. C08-01288 WHA

ADR CERTIFICATION

1     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

    (1)    Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the court's ADR internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

    (2)    Discussed the available dispute resolution options provided by the Court and private entities; and

    (3)    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June ____, 2008

_____
TORRES de ANGUIX, S.L.

Dated: June 11, 2008

/S/ KATRINA LEE
_____
KATRINA J. LEE
NOSSAMAN, GUTHNER, KNOX & ELLIOTT LLP

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or
2  she has:

3  (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of
4  California*" *on the court's ADR internet site www.adr.cand.uscourts.gov (Limited printed copies are*
5  *available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing*
6  *program (ECF) under General Order 45);*

7  (2) Discussed the available dispute resolution options provided by the Court and private
8  entities; and

9  (3) Considered whether this case might benefit from any of the available dispute resolution
10 options.

11 Dated: June 5, 2008

12                                    _____
                                      JOSE    IGNACIO   RUBIO
13                                    _____
                                      TORRES DE ANGUIX, S.L.
14

15 Dated: June ___, 2008

16                                    _____
17                                    KATRINA J. LEE
                                      NOSSAMAN, GUTHNER, KNOX & ELLIOTT LLP

226488_1.DOC                          - 1 -                          Case No. C08-01288 WHA
                                ADR CERTIFICATION