


| Clerk's Use Only |
|---|
| Initial for fee pd.: |

James R. Wagner
75 Pearl Street
Portland, ME 04101
207-400-6038

**ORIGINAL**

FILED
JUN 17 AM 11: 30
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MIGUEL TORRES, S.A.

          Plaintiff(s),

v.

TORRES DE ANGUIX, S.L.

          Defendant(s).

CASE NO. C08-01288 WHA

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, James Rennie Wagner, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant Torres de Anguix, S.L. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Katrina Lee, Nossaman Gunther, 50 California Street, 34th Floor
San Francisco, CA 94111   (415) 398-3600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/13/08

UNITED STATES DISTRICT COURT

Northern District of California

MIGUEL TORRES, S.A.

                Plaintiff(s),

v.

TORRES DE ANGUIX, S.L.

                Defendant(s).

CASE NO. C08-01288 WHA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

James Rennie Wagner, an active member in good standing of the bar of New York (2nd Appellate Division) whose business address and telephone number (particular court to which applicant is admitted) is

75 Pearl Street, Portland, Maine 04101
207-400-6038

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Torres de Anguix, S.L.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                              United States District Judge
                                                              Judge William Alsup