1  J. SCOTT GERIEN, SBN. 184728
   MEGAN HEALY, SBN 229177
2  DICKENSON, PEATMAN & FOGARTY
   809 Coombs Street
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile: (707) 255-6876

5  Attorneys for Plaintiff
   MIGUEL TORRES, S.A.

6

7  KATRINA J. LEE, SBN 191142
   STEPHEN N. ROBERTS, SBN 62538
8  NOSSAMAN, GUTHNER KNOX AND
   ELLIOTT LLP
9  50 California Street, 34th Floor
   San Francisco, CA  94111
10 Telephone: (415) 398-3600
   Facsimile: (415) 398-2438

11 Attorneys for Defendant
   TORRES DE ANGUIX, S.L.
12

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16

17 Miguel Torres, S.A.,                    CASE NO. C-08-01288 WHA

18            Plaintiff,                   **STIPULATION OF DISMISSAL
                                           WITHOUT PREJUDICE**
19    vs.

20 Torres de Anguix, S.L.,

21            Defendant.

22

23     IT IS HEREBY STIPULATED by and between the parties to this action through their

24 designated counsel that the above-captioned action be and hereby is dismissed without

25 prejudice pursuant to FRCP 41(a)(1).

26
   ///
27
   ///

STIPULATION OF DISMISSAL WITHOUT        1           CASE NO. C-08-01288 WHA
PREJUDICE

Dated:   June 26, 2008

Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By   /s/ J. Scott Gerien
    J. Scott Gerien
    Megan Ferrigan Healy

    809 Coombs Street
    Napa, California  94559
    Telephone: 707-252-7122
    Facsimile: 707-255-6876

Attorneys for Plaintiff,
    MIGUEL TORRES, S.A.

Dated: June 26, 2008

Respectfully submitted,

NOSSAMAN, GUTHNER KNOX AND ELLIOTT LLP

By   /s/ Katrina J. Lee
    Katrina J. Lee
    Stephen N. Roberts

    50 California Street, 34th Floor
    San Francisco, California  94111
    Telephone: (415) 398-3600
    Facsimile: (415) 398-2438

Attorneys for Defendant,
    TORRES DE ANGUIX, S.L.